IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GREGORY WASHINGTON, JORDAN MILES, CURTIS LOGAN, ISAIAH WALKER, CONNELL WILSON, BLAKE BANKS, KEITH GREEN, MESIAH HOWARD, SHAKARI ORE, DAVID MITCHELL, MARIO JAMAL KING, and KRYSTAL HAMLETT, <br><br>Plaintiff, <br><br>v. <br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, Officer MEGHAN CAROLINE GAY, Officer DAVID CHADWICK NANCE, Officer JASON GWINN, Lieutenant JENNINGS BUNCH, in their individual and official capacities, <br><br>Defendant. | CIVIL ACTION NO. 5:21-cv-00194-M |

NOTICE OF APPEARANCE

Plaintiffs, GREGORY WASHINGTON et. al. , by its attorneys and pursuant to LCvR 5.2, hereby provides notice that Micheal L. Littlejohn Jr. of the law firm Littlejohn Law, PLLC, PO Box 16661, mll@littlejohn-law.com, (704) 322-4581, has entered an appearance in this action as counsel for Plaintiffs GREGORY WASHINGTON, JORDAN MILES, CURTIS LOGAN, ISAIAH WALKER, CONNELL WILSON, BLAKE BANKS, KEITH GREEN, MESIAH HOWARD, SHAKARI ORE, DAVID MITCHELL, MARIO JAMAL KING, and KRYSTAL HAMLETT.

Respectfully submitted, this the 27th day of April 2021.

                                    **GREGORY WASHINGTON et. al.**

By:
                    */s/ Micheal L. Littlejohn Jr.*
                    Micheal L. Littlejohn Jr.
                    N.C. Bar No. 49353
                    Littlejohn Law PLLC
                    PO Box 16661
                    Charlotte, N.C. 28297
                    Telephone: (704) 322-4581
                    Fax: (704) 625-9396
                    Email: mll@littlejohn-law.com
                    *Counsel for Plaintiffs* GREGORY WASHINGTON et. al.

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 27, 2021, the foregoing *Notice of Appearance* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system.

This the 27th day of April 2021.

**GREGORY WASHINGTON et. al.**

By:

<u>*/s/ Micheal L. Littlejohn Jr.*</u>
Micheal L. Littlejohn Jr.
N.C. Bar No. 49353
Littlejohn Law PLLC
PO Box 16661
Charlotte, N.C. 28297
Telephone: (704) 322-4581
Fax: (704) 625-9396
Email: mll@littlejohn-law.com
*Counsel for Plaintiffs* GREGORY WASHINGTON et. al.