IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-00194-M

**Gregory Washington, et al.,**

    Plaintiffs,

v.

**City of Raleigh, et al.,**

    Defendants.

**Order**

This matter is before the court on a motion by the City of Raleigh to stay all deadlines and proceedings in this action so that the parties can consummate the settlement of this action. D.E. 46.

For good cause shown, the court grants the motion to stay. All deadlines and proceedings in this action are stayed until December 14, 2021. If a stipulation of dismissal has not been filed by that date, the parties shall provide a report to the court on that date advising of the status of the matter.

Dated: October 14, 2021.

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE