IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CV-00194-M

GREGORY WASHINGTON, et al.,            )
                                       )
            Plaintiffs,                )
                                       )
    vs.                                )     **JOINT STIPULATION OF DISMISSAL**
                                       )
THE CITY OF RALEIGH, et al.,           )
                                       )
            Defendants.                )

Plaintiffs and Defendants, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that this action is dismissed with prejudice. Each party shall bear their own costs and expenses, including attorney's fees.

Stipulated and agreed to, this the 26th day of October, 2021.


*/s/Micheal L. Littlejohn, Jr.*
Micheal L. Littlejohn, Jr.
N.C. Bar No. 49353
**Littlejohn Law, PLLC**
227 W. 4th Street, Ste B-113
Charlotte, NC 28202
Email: mll@littlejohn-law.com
*Attorneys for Plaintiffs*

*/s/Emily D. Gladden*
Emily D. Gladden
N.C. Bar No. 49224
**Tin Fulton Walker & Owen, PLLC**
204 N. Person Street
Raleigh, NC 27601
Email: egladden@tinfulton.com
*Attorneys for Plaintiffs*

*/s/Abraham Rubert-Schewel*
Abraham Rubert-Schewel
N.C. Bar No. 56863
**Tin Fulton Walker & Owen, PLLC**
119 East Main Street
Durham, NC 27701
Email: schewel@tinfulton.com
*Attorneys for Plaintiffs*


*/s/Jason R. Benton*
Jason R. Benton
N.C. Bar No. 27710
**Parker Poe Adams & Bernstein, LLP**
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Email: jasonbenton@parkerpoe.com
*Attorneys for Defendant Omar Abdullah*

*/s/Norwood P. Blanchard, III*
Norwood P. Blanchard, III
N.C. Bar No. 26470
**Crossley McIntosh Collier Hanley & Edes, PLLC**
5002 Randall Parkway
Wilmington, NC 28403
Email: norwood@cmclawfirm.com
*Attorneys for Defendants William Rolfe and Jennings Bunch*

*/s/Paul G. Gessner*
Paul G. Gessner
N.C. Bar No. 18213
**Cranfill Sumner, LLP**
5420 Wade Park Boulevard, Suite 300
Raleigh, NC 27607
Email: pgessner@cshlaw.com
*Attorneys for Defendants Rishar Monroe and Julien Rattelade*

*/s/Rodney E. Pettey*
Rodney E. Pettey
N.C. Bar No. 17715
Samuel G. Thompson, Jr.
N.C. Bar No. 32960
**Yates McLamb & Weyher, LLP**
Post Office Box 2889
Raleigh, NC 27602-2889
Email:
rpettey@ymwlaw.com
bthompson@ymwlaw.com
*Attorneys for Defendants Meghan Gay and Jason Gwinn*

*/s/ Leslie C. Packer*
Leslie C. Packer
N.C. Bar No. 13640
Michelle A. Liguori
N.C. Bar No. 52505
**Ellis & Winters, LLP**
4131 Parklake Avenue
Suite 400
Raleigh, NC 27612
Email:
leslie.packer@elliswinters.com
michelle.liguori@elliswinters.com
*Attorneys for Defendant David Nance*

*/s/ Dorothy V. Kibler*
Dorothy V. Kibler
Deputy City Attorney
N.C. Bar No. 13571
**City of Raleigh**
N.C. Bar No. 13571
P.O. Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov
*Attorneys for Defendant City of Raleigh*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 21-CV-00194-M

GREGORY WASHINGTON, et al.,　　　　)
　　　　　　　　　Plaintiffs,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　**CERTIFICATE OF SERVICE**
THE CITY OF RALEIGH, et al.,　　　　　)
　　　　　　　　　Defendants.　　　　　)
　　　　　　　　　　　　　　　　　　　)
_____　)

I hereby certify that on October 26, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Michael L. Littlejohn, Jr.
Littlejohn Law, PLLC
227 W. 4th Street, Suite B-113
Charlotte, NC 28202
Email: mll@littlejohn-law.com
*Attorneys for Plaintiffs*

Emily Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
Email: egladden@tinfulton.com
*Attorneys for Plaintiffs*

Dorothy V. Kibler
Deputy City Attorney
City of Raleigh
P.O. Box 590
Raleigh, NC 27602
Dorothy.Kibler@raleighnc.gov
*Attorneys for the City of Raleigh*

Jason R. Benton
Parker Poe Adams & Bernstein, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Email: jasonbenton@parkerpoe.com
*Attorneys for Defendant Omar Abdullah*

Norwood P. Blanchard, III
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Email: norwood@cmclawfirm.com
*Attorneys for Defendant William Rolfe and Jennings Bunch*

Paul G. Gessner
Cranfill Sumner, LLP
5420 Wade Park Boulevard, Suite 300
Raleigh, NC 27607
Email: pgessner@cshlaw.com
*Attorneys for Defendant Rishar Monroe and Julien Rattelade*

Samuel G. Thompson, Jr.
Yates McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, NC 27602-2889

Leslie C. Packer
Ellis & Winters, LLP
4131 Parklake Avenue
Suite 400
Raleigh, NC 27612

Michelle A. Liguori
Ellis & Winters, LLP
4131 Parklake Avenue
Suite 400
Raleigh, NC 27612

Email:
bthompson@ymwlaw.com
*Attorneys for Defendant*
*Meghan Gay and Jason*
*Gwinn*

Email:
leslie.packer@elliswinters.com
*Attorneys for Defendant David*
*Nance*

Email:
michelle.liguori@elliswinters.com
*Attorneys for Defendant David*
*Nance*

Respectfully submitted,

**Tin Fulton Walker & Owen, PLLC**

By:  */s/Abraham Rubert-Schewel*
Abraham Rubert-Schewel
N.C. Bar No. 56863
119 East Main Street
Durham, NC 27701
Email: schewel@tinfulton.com
*Attorneys for Plaintiffs*